<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7520**

RICKY GLENDALL DAVIS,

        Plaintiff - Appellant,

     v.

TIMOTHY A. SMITH, Patrol Officer, Suffolk Police Department;
J.R. RIVERA, Patrol Officer, Suffolk Police Department,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:09-cv-00274-HEH)

Submitted: February 28, 2011      Decided: March 9, 2011

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricky Glendall Davis, Appellant Pro Se. D. Rossen S. Greene, PENDER & COWARD, Suffolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Glendall Davis, a state prisoner, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Smith, No. 3:09-cv-00274-HEH (E.D. Va. Sept. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED